# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

May 5, 2020

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007-1312

The initial conference set for May 14, 2020, at 10:30 A.M. is adjourned to June 11, 2020, at 10:30 A.M. Pre-conference materials are due on June 4, 2020.

SO ORDERED

Dated: May 6, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

      Re:    Girotto v. Fortunato O Frederico & CA LDA, d/b/a Fly London, et al.
             Case 1:20-cv-01998-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for May 14, 2020 at 10:30 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear in this matter. There have not been any Affidavits of Service provided in this case to the undersigned, as our process server has not been able to serve in the City. Plaintiff's counsel's firm normally serves through the Department of State, Division of Corporations, who serve defendants via certified mail. Yet, the three defendants in this case were to be directly or personally served, as they have no affiliation with the New York Division of Corporation. Attached is the communication sent by our process server letting us know their inability to serve in New York City due to the shutdown. *See Exhibit "A".*

    The undersigned foreseeing some of the problems that would emerge due to, and regarding, the shutdown in the City originally sought to request a Stay from the Court in this matter. Nevertheless, that Motion was denied. As such, in order to afford additional time for the Defendants to be served and formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in June convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

                      Sincerely,

                      By: /S/ B. Bradley Weitz
                         B. Bradley Weitz, Esq. (BW9365)
                         THE WEITZ LAW FIRM, P.A.
                         Attorney for Plaintiff
                         Bank of America Building
                         18305 Biscayne Blvd., Suite 214
                         Aventura, Florida 33160
                         Telephone: (305) 949-7777
                         Facsimile: (305) 704-3877
                         Email: bbw@weitzfirm.com