UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                            :

LUIGI GIROTTO,                         :

                      Plaintiff,    :                                    20 Civ. 1998 (LGS)

                                  :

                -against-       :

                                  :                                  <u>ORDER</u>

FORTUNATO O FREDERICO & CA LDA, et  :
al.,                                    :

                                :

                    Defendants.    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order, dated June 5, 2020, set the initial conference for July 2, 2020, at

10:30 A.M, and ordered that pre-conference materials are due on June 25, 2020.  ECF 13.  The

Order also directed Plaintiff to file proof of service on the docket.  *Id*;

       WHEREAS, Plaintiff filed proof of service on the docket.  ECF 15-17.  The time for

Defendants to answer or otherwise respond to the Complaint expired on June 8, 2020;

       WHEREAS, no pre-conference materials were filed.  It is hereby

       **ORDERED** that the initial conference set for July 2, 2020, at 10:30 A.M. is adjourned to

July 16, 2020, at 10:30 A.M.  Pre-conference materials are due on July 9, 2020.  It is further

       **ORDERED** that if Defendants do not appear in time to participate in submitting pre-

conference materials, then Plaintiff shall file default judgment materials pursuant to the Court's

Individual Rules by July 9, 2020, in lieu of filing pre-conference materials.

Dated: June 26, 2020
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**