```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LUIGI GIROTTO,                                               :
                                  Plaintiff,                 :
                                                             :      20 Civ. 1998 (LGS)
                 -against-                                   :
                                                             :      ORDER
FORTUNATO O FREDERICO & CA LDA ET                            :
AL,                                                          :
                                  Defendants.                X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for September 10, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan ("CMP") (Dkts. 26, 27); it is hereby

**ORDERED** that the September 10, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The CMP will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED** that, regarding settlement discussions, if and when the parties determine they would like a referral to the District's Mediation Program, they shall file a joint letter on ECF. The parties are advised that the District's Mediation Program requires advance notice of about 60 to 90 days to schedule a mediation.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, and that the use of any alternative dispute resolution mechanism does not stay or modify any date in the CMP.

Dated: September 4, 2020
      New York, New York

                                                         LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE